**CHIEF JUSTICE**
ROGELIO VALDEZ

**JUSTICES**
NELDA V. RODRIGUEZ
DORI CONTRERAS GARZA
GINA M. BENAVIDES
GREGORY T. PERKES
NORA L. LONGORIA

**CLERK**
CECILE FOY GSANGER



# Court of Appeals

## Thirteenth District of Texas

NUECES COUNTY COURTHOUSE
901 LEOPARD, 10TH FLOOR
CORPUS CHRISTI, TEXAS 78401
361-888-0416 (TEL)
361-888-0794 (FAX)

HIDALGO COUNTY
ADMINISTRATION BLDG.
100 E. CANO, 5TH FLOOR
EDINBURG, TEXAS 78539
956-318-2405 (TEL)
956-318-2403 (FAX)

*www.txcourts.gov/13thcoa*

June 29, 2015

Hon. Gilbert Lozano
District Clerk
546 W. Hidalgo Ave.
Raymondville, TX 78580
\* DELIVERED VIA E-MAIL \*

Re:  Cause No. 13-13-00257-CV
Tr.Ct.No. 2009-CV-0010-A
Style:  VIVIANA SOSA, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF DESTINY SOSA, A DECEASED CHILD, AND JESSE SOSA v. UNION PACIFIC RAILROAD COMPANY AND ERNESTO ORTEGON

The judgment of the trial court in the above cause was REVERSED AND REMANDED by this Court on the 5/14/2015. The mandate is enclosed.

Costs of the appeal were adjudged against appellees, UNION PACIFIC RAILROAD COMPANY AND ERNESTO ORTEGON.

Pursuant to Section 51.204(b) of the Government Code, the attorneys of record are hereby notified that any exhibits submitted to the Court by a party may be withdrawn by that party or the party's attorney of record within 30 days. Exhibits on file with the Court will be destroyed three (3) years after final disposition of the case or at an earlier date if ordered by the Court.

Very truly yours,

Cecile Foy Gsanger, Clerk

CFG:ch
Enc.
cc:  Hon. J. Lynn Watson (DELIVERED VIA E-MAIL)
Hon. Marc G. Rosenthal (DELIVERED VIA E-MAIL)
Hon. Norton A. Colvin Jr. (DELIVERED VIA E-MAIL)
Hon. David I. Schoen (DELIVERED VIA E-MAIL)
Hon. Mitchell Craig Chaney (DELIVERED VIA E-MAIL)
Hon. Kent Geoffrey Rutter (DELIVERED VIA E-MAIL)